**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-20599 |
| **MARATHON HEALTHCARE CENTER OF WEST HAVEN, LLC** | : | CHAPTER 7 |
| ------------------------------------------------- | : | ADV. PRO. NO. |
| **THOMAS C. BOSCARINO, TRUSTEE** | : | |
| Plaintiff, | : | |
| v. | : | |
| **CITY OF WEST HAVEN** | : | |
| Defendant | : | |

**COMPLAINT TO AVOID PREFERENTIAL TRANSFER**
**UNDER 11 U.S.C. SECTION 547(b)**

**COUNT ONE:**

The Complaint of Thomas C. Boscarino, Trustee, respectfully alleges:

1. Thomas C. Boscarino is the duly qualified and acting trustee in this case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A) and (F). Venue properly lies in this district pursuant to 28 U.S.C. Section 1409(a), in that the instant adversary proceeding is related to the above-captioned case under title 11 of the United States Code, which case is still pending.

3. The Debtor filed its Voluntary Petition in bankruptcy in this case on April 3, 2008.

4. The Defendant, City of West Haven, (hereafter referred to as "West Haven") is a Connecticut municipality with municipal offices at 355 Main Street, West Haven, Ct 06516.

5.  According to the Debtor's records, within ninety (90) days of the filing of the petition in this case, the Debtor herein transferred the sum of $10,417.87 to or for the benefit of the Defendant, West Haven, on account of an antecedent debt.

6.  The Defendant, West Haven, was a creditor of the Debtor.

7.  The Debtor, upon information and belief, made this transfer to the Defendant while it was insolvent.

8.  The transfer will enable the Defendant, West Haven, to recover more than it would receive as a creditor if: (a) the bankruptcy case were a case under Chapter 7 of title 11, United States Code; (b) the transfer had not been made; and (c) the Defendant received payment of its debt to the extent provided by the provisions of said title 11.

9.  On March 3, 2010 the Trustee made demand upon the Defendant, West Haven, for the immediate payment of the sum of $10,417.87 which demand for payment the Defendant, West Haven, has failed and refused to make.

WHEREFORE, the Plaintiff prays that this Court make its order avoiding the aforesaid preferential transfer and ordering the Defendant to pay over to the Plaintiff the sum of $10,417.87, plus costs incurred herein, plus interest from March 3, 2010, and for such other relief as the Court deems just and proper.

Dated at Glastonbury, Connecticut on March 26, 2010

THOMAS C. BOSCARINO, TRUSTEE

BY  /s/John H. Grasso
_____

John H. Grasso
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg. #2, Suite 301
Glastonbury, CT 06033
Tel. No.: (860) 659-5657
Federal Bar No.: ct05466